**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  JAMES P. FIELDS          :          CHAPTER 13
                                 :
Debtor                           :          NO. 20-12849

**ORDER**

AND NOW, this                   day of                   , 2020, upon consideration

of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is

hereby ORDERED that the Debtor be granted an extension to **July 30, 2020** in which to file the

Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

_____
**Date: July 15, 2020**                                              J.