UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 20-12849-AMC-13

James P Fields                                                                              Chapter 13
     Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                       Bankr. Case No. 20-12849-AMC-13

James P Fields                                                                          Chapter 13

     Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on July 15, 2020 :

| | |
|---|---|
| PAUL H. YOUNG<br>3554 Hulmeville Road<br>Suite 102<br>Bensalem, PA 19020 | Scott Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx93652 / 1025721