UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                              Bankr. Case No. 20-12849-AMC

JAMES FIELDS                                                    Chapter 13

        Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                ACAR Leasing Ltd. d/b/a GM Financial Leasing
                PO Box 183853
                Arlington, TX  76096

By /s/ Mandy Youngblood

                Mandy Youngblood
                PO Box 183853
                Arlington, TX  76096
                877-203-5538
                877-259-6417
                Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:     Bankr. Case No. 20-12849-AMC

JAMES FIELDS     Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on July 15, 2020 :

| | |
|---|---|
| PAUL H. YOUNG<br>3554 Hulmeville Road<br>Suite 102<br>Bensalem, PA 19020 | Scott Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx76527 / 1025717