| EMP NO | NAME | SSN | WEEK BEGIN | WEEK ENDING | CHECK DATE | ORGANIZATIONAL UNIT |
|---|---|---|---|---|---|---|
| 00044623 | JAMES FIELDS | XXX-XX-4470 | 06/21/2020 | 06/27/2020 | 07/02/2020 | Morrisville |

| EARNINGS | HOURS | RATE | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| Bonus- Supplemental Tax | | | | 225.00 | LTD Plan A | 7.37 | 179.07 |
| Holiday Pay | | | | 1,082.88 | PRETAX DEDUCTIONS | CURRENT | YTD |
| Overtime | 4.00 | 11.28 | 45.12 | 730.38 | Medical/Dental | 23.25 | 581.25 |
| Personal Day | | | | 180.48 | Vision | 1.24 | 31.00 |
| Regular Earnings1 | 44.00 | 11.28 | 496.32 | 12,580.02 | Retirement Savings | 51.89 | 1,368.92 |
| Prod. Bonus Hours1 | 44.00 | 11.28 | 496.32 | 12,580.02 | Health Care Spn | | 426.40 |
| Prod. Bonus1 % | 100.00 | | | | NuYou Credit | | 130.00- |
| Total Earnings | | | 1,037.76 | 27,378.78 | Total Deductions | 83.75 | 2,456.64 |
| Total Hours worked | 44.00 | | | | TAX DEDUCTIONS | CURRENT | YTD |
| NON-CASH EARNINGS | | | CURRENT | YTD | Federal | | |
| Retirement Savings ER | | | 5.71 | 161.37 | TX Withholding Tax | 116.30 | 2,957.48 |
| W2 EARNINGS | | | CURRENT | YTD | TX EE Social Security Tax | 62.82 | 1,641.15 |
| W2 Earnings | | | 961.38 | 25,101.21 | TX EE Medicare Tax | 14.70 | 383.82 |
| ABSENCE QUOTAS | ELIGIBLE | TAKEN | | BALANCE | State PA | | |
| Vacation | 80.00000 Hours | 0.00000 Hours | | 80.00000 Hours | TX Withholding Tax | 31.11 | 812.66 |
| | | | | | TX EE Unemployment Tax | 0.63 | 16.43 |
| CHECK / TRANSFER INFORMATION | | | | | City | | |
| | Bank Number | Payment Method | | Amount | TX Withholding Tax | 10.13 | 264.72 |
| | | Direct | | 717.34 | City | | |
| | | | | | TX Local Services Tax | 0.98 | 26.46 |
| | | | | | Total Taxes | 236.67 | 6,102.72 |
| | | | | | Payment | 717.34 | 18,819.42 |

WITHOLDING INFO W4/W5

| Tax Auth | Filing Status | Allowances | Add'l Amt |
|---|---|---|---|
| Federal | Single | 00 | 0.00 |
| State | Single | 00 | 0.00 |

NUCOR

Skyline Steel LLC
300 Technology Center Way #450
Rock Hill SC  29730

JAMES FIELDS
215 CAMBRIA AVE
BENSALEM PA  19020

| EMP NO | NAME | SSN | WEEK BEGIN | WEEK ENDING | CHECK DATE | ORGANIZATIONAL UNIT |
|---|---|---|---|---|---|---|
| 00044623 | JAMES FIELDS | XXX-XX-4470 | 06/14/2020 | 06/20/2020 | 06/25/2020 | Morrisville |

| EARNINGS | HOURS | RATE | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| Bonus- Supplemental Tax | | | | 225.00 | LTD Plan A | 6.89 | 171.70 |
| Holiday Pay | | | | 1,082.88 | PRETAX DEDUCTIONS | CURRENT | YTD |
| Overtime | 2.00 | 11.28 | 22.56 | 685.26 | Medical/Dental | 23.25 | 558.00 |
| Personal Day | | | | 180.48 | Vision | 1.24 | 29.76 |
| Regular Earnings1 | 42.00 | 11.28 | 473.76 | 12,083.70 | Retirement Savings | 48.50 | 1,317.03 |
| Prod. Bonus Hours1 | 42.00 | 11.28 | 473.76 | 12,083.70 | Health Care Spn | 16.40 | 426.40 |
| Prod. Bonus1 % | 100.00 | | | | NuYou Credit | | 130.00- |
| Total Earnings | | | 970.08 | 26,341.02 | Total Deductions | 96.28 | 2,372.89 |
| Total Hours worked | 42.00 | | | | TAX DEDUCTIONS | CURRENT | YTD |
| NON-CASH EARNINGS | | | CURRENT | YTD | Federal | | |
| Retirement Savings ER | | | 5.34 | 155.66 | TX Withholding Tax | 98.54 | 2,841.18 |
| W2 EARNINGS | | | CURRENT | YTD | TX EE Social Security Tax | 57.61 | 1,578.33 |
| W2 Earnings | | | 880.69 | 24,139.83 | TX EE Medicare Tax | 13.47 | 369.12 |
| ABSENCE QUOTAS | ELIGIBLE | | TAKEN | BALANCE | State PA | | |
| Vacation | 80.00000 Hours | | 0.00000 Hours | 80.00000 Hours | TX Withholding Tax | 28.53 | 781.55 |
| | | | | | TX EE Unemployment Tax | 0.58 | 15.80 |
| CHECK / TRANSFER INFORMATION | | | | | City | | |
| | Bank Number | Payment Method | Amount | | TX Withholding Tax | 9.29 | 254.59 |
| | | Direct | 664.80 | | City | | |
| | | | | | TX Local Services Tax | 0.98 | 25.48 |
| | | | | | Total Taxes | 209.00 | 5,866.05 |
| | | | | | Payment | 664.80 | 18,102.08 |

WITHOLDING INFO W4/W5

| Tax Auth | Filing Status | Allowances | Add'l Amt |
|---|---|---|---|
| Federal | Single | 00 | 0.00 |
| State | Single | 00 | 0.00 |

NUCOR

Skyline Steel LLC
300 Technology Center Way #450
Rock Hill SC  29730

JAMES FIELDS
215 CAMBRIA AVE
BENSALEM PA  19020

| EMP NO | NAME | SSN | WEEK BEGIN | WEEK ENDING | CHECK DATE | ORGANIZATIONAL UNIT |
|---|---|---|---|---|---|---|
| 00044623 | JAMES FIELDS | XXX-XX-4470 | 06/07/2020 | 06/13/2020 | 06/18/2020 | Morrisville |

| EARNINGS | HOURS | RATE | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| Bonus- Supplemental Tax | | | | 225.00 | LTD Plan A | 6.40 | 164.81 |
| Holiday Pay | | | | 1,082.88 | PRETAX DEDUCTIONS | CURRENT | YTD |
| Overtime | | | | 662.70 | Medical/Dental | 23.25 | 534.75 |
| Personal Day | | | | 180.48 | Vision | 1.24 | 28.52 |
| Regular Earnings1 | 40.00 | 11.28 | 451.20 | 11,609.94 | Retirement Savings | 45.12 | 1,268.53 |
| Prod. Bonus Hours1 | 40.00 | 11.28 | 451.20 | 11,609.94 | Health Care Spn | 16.40 | 410.00 |
| Prod. Bonus1 % | 100.00 | | | | NuYou Credit | | 130.00- |
| Total Earnings | | | 902.40 | 25,370.94 | Total Deductions | 92.41 | 2,276.61 |
| Total Hours worked | 40.00 | | | | TAX DEDUCTIONS | CURRENT | YTD |
| NON-CASH EARNINGS | | | CURRENT | YTD | Federal | | |
| Retirement Savings ER | | | 4.96 | 150.32 | TX Withholding Tax | 85.64 | 2,742.64 |
| W2 EARNINGS | | | CURRENT | YTD | TX EE Social Security Tax | 53.42 | 1,520.72 |
| W2 Earnings | | | 816.39 | 23,259.14 | TX EE Medicare Tax | 12.49 | 355.65 |

| ABSENCE QUOTAS | ELIGIBLE | TAKEN | BALANCE | | | |
|---|---|---|---|---|---|---|
| | | | | State PA | | |
| Vacation | 80.00000 Hours | 0.00000 Hours | 80.00000 Hours | TX Withholding Tax | 26.45 | 753.02 |
| | | | | TX EE Unemployment Tax | 0.54 | 15.22 |

| CHECK / TRANSFER INFORMATION | | | | | |
|---|---|---|---|---|---|
| | Payment Method | Amount | City | | |
| | | | TX Withholding Tax | 8.62 | 245.30 |
| | Direct | 621.85 | City | | |
| | | | TX Local Services Tax | 0.98 | 24.50 |
| | | | Total Taxes | 188.14 | 5,657.05 |
| | | | Payment | 621.85 | 17,437.28 |

WITHOLDING INFO W4/W5

| Tax Auth | Filing Status | Allowances | Add'l Amt |
|---|---|---|---|
| Federal | Single | 00 | 0.00 |
| State | Single | 00 | 0.00 |

NUCOR

Skyline Steel LLC
300 Technology Center Way #450
Rock Hill SC  29730

JAMES FIELDS
215 CAMBRIA AVE
BENSALEM PA  19020

| EMP NO | NAME | SSN | WEEK BEGIN | WEEK ENDING | CHECK DATE | ORGANIZATIONAL UNIT |
|---|---|---|---|---|---|---|
| 00044623 | JAMES FIELDS | XXX-XX-4470 | 05/11/2020 | 06/06/2020 | 06/11/2020 | Morrisville |

| EARNINGS | HOURS | RATE | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| Bonus- Supplemental Tax | | | | 225.00 | LTD Plan A | 7.37 | 158.41 |
| Holiday Pay | | | | 1,082.88 | PRETAX DEDUCTIONS | CURRENT | YTD |
| Overtime | 4.00 | 11.28 | 45.12 | 662.70 | Medical/Dental | 23.25 | 511.50 |
| Personal Day | | | | 180.48 | Vision | 1.24 | 27.28 |
| Regular Earnings1 | 44.00 | 11.28 | 496.32 | 11,158.74 | Retirement Savings | 51.89 | 1,223.41 |
| Prod. Bonus Hours1 | 44.00 | 11.28 | 496.32 | 11,158.74 | Health Care Spn | 16.40 | 393.60 |
| Prod. Bonus1 % | 100.00 | | | | NuYou Credit | | 130.00- |
| Total Earnings | | | 1,037.76 | 24,468.54 | Total Deductions | 100.15 | 2,184.20 |
| Total Hours worked | 44.00 | | | | TAX DEDUCTIONS | CURRENT | YTD |
| NON-CASH EARNINGS | | | CURRENT | YTD | Federal | | |
| Retirement Savings ER | | | 5.71 | 145.36 | TX Withholding Tax | 112.69 | 2,657.00 |
| W2 EARNINGS | | | CURRENT | YTD | TX EE Social Security Tax | 61.80 | 1,467.30 |
| W2 Earnings | | | 944.98 | 22,442.75 | TX EE Medicare Tax | 14.46 | 343.16 |
| ABSENCE QUOTAS | ELIGIBLE | TAKEN | | BALANCE | State PA | | |
| Vacation | 80.00000 Hours | 0.00000 Hours | | 80.00000 Hours | TX Withholding Tax | 30.60 | 726.57 |
| | | | | | TX EE Unemployment Tax | 0.62 | 14.68 |
| CHECK / TRANSFER INFORMATION | | | | | City | | |
| | Bank Number | Payment Method | | Amount | TX Withholding Tax | 9.97 | 236.68 |
| | | Direct | | 706.49 | City | | |
| | | | | | TX Local Services Tax | 0.98 | 23.52 |
| | | | | | Total Taxes | 231.12 | 5,468.91 |
| | | | | | Payment | 706.49 | 16,815.43 |

WITHOLDING INFO W4/W5

| Tax Auth | Filing Status | Allowances | Add'l Amt |
|---|---|---|---|
| Federal | Single | 00 | 0.00 |
| State | Single | 00 | 0.00 |

NUCOR

Skyline Steel LLC
300 Technology Center Way #450
Rock Hill SC  29730

JAMES FIELDS
215 CAMBRIA AVE
BENSALEM PA  19020

| EMP NO | NAME | | SSN | WEEK BEGIN | WEEK ENDING | CHECK DATE | ORGANIZATIONAL UNIT | |
|---|---|---|---|---|---|---|---|---|
| 00044623 | JAMES FIELDS | | XXX-XX-4473 | 05/17/2020 | 05/23/2020 | 05/28/2020 | Morrisville | |
| EARNINGS | HOURS | RATE | CURRENT | YTD | DEDUCTIONS | | CURRENT | YTD |
| Bonus- Supplemental Tax | | | | 225.00 | LTD Plan A | | 6.89 | 143.99 |
| Holiday Pay | | | | 902.40 | PRETAX DEDUCTIONS | | CURRENT | YTD |
| Overtime | 2.00 | 11.28 | 22.56 | 617.58 | Medical/Dental | | 23.25 | 465.00 |
| Regular Earnings1 | 42.00 | 11.28 | 473.76 | 10,346.58 | Vision | | 1.24 | 24.80 |
| Prod. Bonus Hours1 | 42.00 | 11.28 | 473.76 | 10,346.58 | Retirement Savings | | 48.50 | 1,121.89 |
| Prod. Bonus1 % | 100.00 | | | | Health Care Spn | | 16.40 | 360.80 |
| Total Earnings | | | 970.08 | 22,438.14 | NuYou Credit | | | 130.00- |
| Total Hours worked | 42.00 | | | | Total Deductions | | 96.28 | 1,986.48 |
| NON-CASH EARNINGS | | | CURRENT | YTD | TAX DEDUCTIONS | | CURRENT | YTD |
| Retirement Savings ER | | | 5.34 | 134.19 | Federal | | | |
| W2 EARNINGS | | | CURRENT | YTD | TX Withholding Tax | | 98.54 | 2,441.05 |
| W2 Earnings | | | 880.69 | 20,595.65 | TX EE Social Security Tax | | 57.61 | 1,346.49 |
| ABSENCE QUOTAS | ELIGIBLE | | TAKEN | BALANCE | TX EE Medicare Tax | | 13.47 | 314.90 |
| Vacation | 80.00000 Hours | | 0.00000 Hours | 80.00000 Hours | State PA | | | |
| Personal Day | 8.00000 Hours | | 0.00000 Hours | 8.00000 Hours | TX Withholding Tax | | 28.53 | 666.75 |
| | | | | | TX EE Unemployment Tax | | 0.58 | 13.46 |
| CHECK / TRANSFER INFORMATION | | | | | City | | | |
| | Bank Number | Payment Method | | Amount | TX Withholding Tax | | 9.29 | 217.19 |
| | | Direct | | 664.80 | City | | | |
| | | | | | TX Local Services Tax | | 0.98 | 21.56 |
| | | | | | Total Taxes | | 209.00 | 5,021.40 |
| | | | | | Payment | | 664.80 | 15,430.26 |
| | | | | | WITHOLDING INFO W4/W5 | | | |
| | | | | | Tax Auth | Filing Status | Allowances | Add'l Amt |
| | | | | | Federal | Single | 00 | 0.00 |
| | | | | | State | Single | 00 | 0.00 |

N U C O R

Skyline Steel LLC
300 Technology Center Way #450
Rock Hill SC  29730

JAMES FIELDS
215 CAMBRIA AVE
BENSALEM PA  19020

| EMP NO | NAME | | SSN | | PERIOD BEGIN | PERIOD ENDING | CHECK DATE | ORGANIZATIONAL UNIT | |
|---|---|---|---|---|---|---|---|---|---|
| 00044623 | JAMES FIELDS | | XXX-XX-4473 | | 05/10/2020 | 05/16/2020 | 05/21/2020 | Morrisville | |
| EARNINGS | HOURS | RATE | CURRENT | YTD | DEDUCTIONS | | CURRENT | YTD | |
| Bonus- Supplemental Tax | | | | 225.00 | LTD Plan A | | 6.77 | 137.10 | |
| Holiday Pay | | | | 902.40 | PRETAX DEDUCTIONS | | CURRENT | YTD | |
| Overtime | 1.50 | 11.28 | 16.92 | 595.02 | Medical/Dental | | 23.25 | 441.75 | |
| Regular Earnings1 | 41.50 | 11.28 | 468.12 | 9,872.82 | Vision | | 1.24 | 23.56 | |
| Prod. Bonus Hours1 | 41.50 | 11.28 | 468.12 | 9,872.82 | Retirement Savings | | 47.66 | 1,073.39 | |
| Prod. Bonus1 % | 100.00 | | | | Health Care Spn | | 16.40 | 344.40 | |
| Total Earnings | | | 953.16 | 21,468.06 | NuYou Credit | | | 130.00- | |
| Total Hours worked | 41.50 | | | | Total Deductions | | 95.32 | 1,890.20 | |
| NON-CASH EARNINGS | | | CURRENT | YTD | TAX DEDUCTIONS | | CURRENT | YTD | |
| Retirement Savings ER | | | 5.24 | 128.85 | Federal | | | | |
| W2 EARNINGS | | | CURRENT | YTD | TX Withholding Tax | | 95.01 | 2,342.51 | |
| W2 Earnings | | | 864.61 | 19,714.96 | TX EE Social Security Tax | | 56.56 | 1,288.88 | |
| ABSENCE QUOTAS | ELIGIBLE | | TAKEN | BALANCE | TX EE Medicare Tax | | 13.23 | 301.43 | |
| Vacation | 80.00000 Hours | | 0.00000 Hours | 80.00000 Hours | State PA | | | | |
| Personal Day | 8.00000 Hours | | 0.00000 Hours | 8.00000 Hours | TX Withholding Tax | | 28.01 | 638.22 | |
| | | | | | TX EE Unemployment Tax | | 0.57 | 12.88 | |
| CHECK / TRANSFER INFORMATION | | | | | City | | | | |
| | Bank Number | Payment Method | | Amount | TX Withholding Tax | | 9.12 | 207.90 | |
| | | Direct | | 654.36 | City | | | | |
| | | | | | TX Local Services Tax | | 0.98 | 20.58 | |
| | | | | | Total Taxes | | 203.48 | 4,812.40 | |
| | | | | | Payment | | 654.36 | 14,765.46 | |
| | | | | | WITHOLDING INFO W4/W5 | | | | |
| | | | | | Tax Auth | Filing Status | Allowances | Add'l Amt | |
| | | | | | Federal | Single | 00 | 0.00 | |
| | | | | | State | Single | 00 | 0.00 | |

NUCOR

Skyline Steel LLC
300 Technology Center Way #450
Rock Hill SC 29730

JAMES FIELDS
215 CAMBRIA AVE
BENSALEM PA 19020

| EMP NO | NAME | | SSN | | WEEK BEGINNING | WEEK ENDING | CHECK DATE | ORGANIZATIONAL UNIT | |
|---|---|---|---|---|---|---|---|---|---|
| 00044623 | JAMES FIELDS | | XXX-XX-4473 | | 05/03/2020 | 05/09/2020 | 05/14/2020 | Morrisville | |
| EARNINGS | HOURS | RATE | CURRENT | YTD | DEDUCTIONS | | | CURRENT | YTD |
| Bonus- Supplemental Tax | | | | 225.00 | LTD Plan A | | | 7.25 | 130.33 |
| Holiday Pay | | | | 902.40 | PRETAX DEDUCTIONS | | | CURRENT | YTD |
| Overtime | 3.50 | 11.28 | 39.48 | 578.10 | Medical/Dental | | | 23.25 | 418.50 |
| Regular Earnings1 | 43.50 | 11.28 | 490.68 | 9,404.70 | Vision | | | 1.24 | 22.32 |
| Prod. Bonus Hours1 | 43.50 | 11.28 | 490.68 | 9,404.70 | Retirement Savings | | | 51.04 | 1,025.73 |
| Prod. Bonus1 % | 100.00 | | | | Health Care Spn | | | 16.40 | 328.00 |
| Total Earnings | | | 1,020.84 | 20,514.90 | NuYou Credit | | | | 130.00- |
| Total Hours worked | 43.50 | | | | Total Deductions | | | 99.18 | 1,794.88 |
| NON-CASH EARNINGS | | | CURRENT | YTD | TAX DEDUCTIONS | | | CURRENT | YTD |
| Retirement Savings ER | | | 5.61 | 123.61 | Federal | | | | |
| W2 EARNINGS | | | CURRENT | YTD | TX Withholding Tax | | | 109.15 | 2,247.50 |
| W2 Earnings | | | 928.91 | 18,850.35 | TX EE Social Security Tax | | | 60.76 | 1,232.32 |
| ABSENCE QUOTAS | ELIGIBLE | | TAKEN | BALANCE | TX EE Medicare Tax | | | 14.21 | 288.20 |
| Vacation | 80.00000 Hours | | 0.00000 Hours | 80.00000 Hours | State PA | | | | |
| Personal Day | 8.00000 Hours | | 0.00000 Hours | 8.00000 Hours | TX Withholding Tax | | | 30.08 | 610.21 |
| | | | | | TX EE Unemployment Tax | | | 0.61 | 12.31 |
| CHECK / TRANSFER INFORMATION | | | | | City | | | | |
| | Bank Number | Payment Method | | Amount | TX Withholding Tax | | | 9.80 | 198.78 |
| | | Direct | | 696.07 | City | | | | |
| | | | | | TX Local Services Tax | | | 0.98 | 19.60 |
| | | | | | Total Taxes | | | 225.59 | 4,608.92 |
| | | | | | Payment | | | 696.07 | 14,111.10 |
| | | | | | WITHOLDING INFO W4/W5 | | | | |
| | | | | | Tax Auth | Filing Status | Allowances | | Add'l Amt |
| | | | | | Federal | Single | .00 | | 0.00 |
| | | | | | State | Single | 00 | | 0.00 |

NUCOR

Skyline Steel LLC
300 Technology Center Way #450
Rock Hill SC 29730

JAMES FIELDS
215 CAMBRIA AVE
BENSALEM PA 19020

| EMP NO | NAME | | SSN | PERIOD BEGINNING | WEEK ENDING | CHECK DATE | ORGANIZATIONAL UNIT | |
|---|---|---|---|---|---|---|---|---|
| 00044623 | JAMES FIELDS | | XXX-XX-4473 | 04/26/2020 | 05/02/2020 | 05/07/2020 | Morrisville | |
| EARNINGS | HOURS | RATE | CURRENT | YTD | DEDUCTIONS | | CURRENT | YTD |
| Bonus- Supplemental Tax | | | | 225.00 | LTD Plan A | | 8.39 | 123.08 |
| Holiday Pay | | | | 902.40 | PRETAX DEDUCTIONS | | CURRENT | YTD |
| Overtime | 8.25 | 11.28 | 93.06 | 538.62 | Medical/Dental | | 23.25 | 395.25 |
| Regular Earnings1 | 48.25 | 11.28 | 544.26 | 8,914.02 | Vision | | 1.24 | 21.08 |
| Prod. Bonus Hours1 | 48.25 | 11.28 | 544.26 | 8,914.02 | Retirement Savings | | 59.08 | 974.69 |
| Prod. Bonus1 % | 100.00 | | | | Health Care Spn | | 16.40 | 311.60 |
| Total Earnings | | | 1,181.58 | 19,494.06 | NuYou Credit | | | 130.00- |
| Total Hours worked | 48.25 | | | | Total Deductions | | 108.36 | 1,695.70 |
| NON-CASH EARNINGS | | | CURRENT | YTD | TAX DEDUCTIONS | | CURRENT | YTD |
| Retirement Savings ER | | | 6.50 | 118.00 | Federal | | | |
| W2 EARNINGS | | | CURRENT | YTD | TX Withholding Tax | | 142.75 | 2,138.35 |
| W2 Earnings | | | 1,081.61 | 17,921.44 | TX EE Social Security Tax | | 70.72 | 1,171.56 |
| ABSENCE QUOTAS | ELIGIBLE | | TAKEN | BALANCE | TX EE Medicare Tax | | 16.54 | 273.99 |
| Vacation | 80.00000 Hours | | 0.00000 Hours | 80.00000 Hours | State PA | | | |
| Personal Day | 8.00000 Hours | | 0.00000 Hours | 8.00000 Hours | TX Withholding Tax | | 35.02 | 580.13 |
| | | | | | TX EE Unemployment Tax | | 0.71 | 11.70 |
| CHECK / TRANSFER INFORMATION | | | | | City | | 9.39 | 123.08 |
| | Bank Number | Payment Method | | Amount | TX Withholding Tax | | 11.41 | 188.98 |
| | | Direct | | 795.09 | City | | | |
| | | | | | TX Local Services Tax | | 0.98 | 18.62 |
| | | | | | Total Taxes | | 278.13 | 4,383.33 |
| | | | | | Payment | | 795.09 | 13,415.03 |
| | | | | | WITHOLDING INFO W4/W5 | | | |
| | | | | | Tax Auth | Filing Status | Allowances | Add'l Amt |
| | | | | | Federal | Single | 00 | 0.00 |
| | | | | | State | Single | 00 | 0.00 |

NUCOR

Skyline Steel LLC
300 Technology Center Way #450
Rock Hill SC 29730

JAMES FIELDS
215 CAMBRIA AVE
BENSALEM PA 19020

| EMP NO | NAME | | SSN | WEEK ENDING BEGIN | WEEK ENDING | CHECK DATE | ORGANIZATIONAL UNIT | |
|---|---|---|---|---|---|---|---|---|
| 00044623 | JAMES FIELDS | | XXX-XX-4473 | 04/19/2020 | 04/25/2020 | 04/30/2020 | Morrisville | |
| EARNINGS | HOURS | RATE | CURRENT | YTD | DEDUCTIONS | | CURRENT | YTD |
| Bonus- Supplemental Tax | | | | 225.00 | LTD Plan A | | 6.40 | 114.69 |
| Holiday Pay | | | | 902.40 | PRETAX DEDUCTIONS | | CURRENT | YTD |
| Overtime | | | | 445.56 | Medical/Dental | | 23.25 | 372.00 |
| Regular Earnings1 | 40.00 | 11.28 | 451.20 | 8,369.76 | Vision | | 1.24 | 19.84 |
| Prod. Bonus Hours1 | 40.00 | 11.28 | 451.20 | 8,369.76 | Retirement Savings | | 45.12 | 915.61 |
| Prod. Bonus1 % | 100.00 | | | | Health Care Spn | | 16.40 | 295.20 |
| Total Earnings | | | 902.40 | 18,312.48 | NuYou Credit | | | 130.00- |
| Total Hours worked | 40.00 | | | | Total Deductions | | 92.41 | 1,587.34 |
| NON-CASH EARNINGS | | | CURRENT | YTD | TAX DEDUCTIONS | | CURRENT | YTD |
| Retirement Savings ER | | | 4.96 | 111.50 | Federal | | | |
| W2 EARNINGS | | | CURRENT | YTD | TX Withholding Tax | | 85.64 | 1,995.60 |
| W2 Earnings | | | 816.39 | 16,839.83 | TX EE Social Security Tax | | 53.42 | 1,100.84 |
| ABSENCE QUOTAS | ELIGIBLE | | TAKEN | BALANCE | TX EE Medicare Tax | | 12.49 | 257.45 |
| Vacation | 80.00000 Hours | | 0.00000 Hours | 80.00000 Hours | State PA | | | |
| Personal Day | 8.00000 Hours | | 0.00000 Hours | 8.00000 Hours | TX Withholding Tax | | 26.45 | 545.11 |
| | | | | | TX EE Unemployment Tax | | 0.54 | 10.99 |
| CHECK / TRANSFER INFORMATION | | | | | City | | | |
| | Bank Number | Payment Method | | Amount | TX Withholding Tax | | 8.62 | 177.57 |
| | | Direct | | 621.85 | City | | | |
| | | | | | TX Local Services Tax | | 0.98 | 17.64 |
| | | | | | Total Taxes | | 188.14 | 4,105.20 |
| | | | | | Payment | | 621.85 | 12,619.94 |
| | | | | | WITHOLDING INFO W4/W5 | | | |
| | | | | | Tax Auth | Filing Status | Allowances | Add'l Amt |
| | | | | | Federal | Single | 00 | 0.00 |
| | | | | | State | Single | 00 | 0.00 |

NUCOR

Skyline Steel LLC
300 Technology Center Way #450
Rock Hill SC  29730

JAMES FIELDS
215 CAMBRIA AVE
BENSALEM PA  19020

| EMP NO | NAME | | SSN | WORK BEG | WORK ENDING | CHECK DATE | ORGANIZATIONAL UNIT | |
|---|---|---|---|---|---|---|---|---|
| 00044623 | JAMES FIELDS | | XXX-XX-4473 | 04/12/2020 | 04/18/2020 | 04/23/2020 | Morrisville | |
| EARNINGS | HOURS | RATE | CURRENT | YTD | DEDUCTIONS | | CURRENT | YTD |
| Bonus- Supplemental Tax | | | 125.00 | 225.00 | LTD Plan A | | 7.29 | 108.29 |
| Holiday Pay | | | | 902.40 | PRETAX DEDUCTIONS | | CURRENT | YTD |
| Overtime | | | | 445.56 | Medical/Dental | | 23.25 | 348.75 |
| Regular Earnings1 | 40.00 | 11.28 | 451.20 | 7,918.56 | Vision | | 1.24 | 18.60 |
| Prod. Bonus Hours1 | 40.00 | 11.28 | 451.20 | 7,918.56 | Retirement Savings | | 51.37 | 870.49 |
| Prod. Bonus1 % | 100.00 | | | | Health Care Spn | | 16.40 | 278.80 |
| Total Earnings | | | 1,027.40 | 17,410.08 | NuYou Credit | | | 130.00- |
| Total Hours worked | 40.00 | | | | Total Deductions | | 99.55 | 1,494.93 |
| NON-CASH EARNINGS | | | CURRENT | YTD | TAX DEDUCTIONS | | CURRENT | YTD |
| Retirement Savings ER | | | 5.65 | 106.54 | Federal | | | |
| W2 EARNINGS | | | CURRENT | YTD | TX Withholding Tax | | 112.39 | 1,909.96 |
| W2 Earnings | | | 935.14 | 16,023.44 | TX EE Social Security Tax | | 61.16 | 1,047.42 |
| ABSENCE QUOTAS | ELIGIBLE | | TAKEN | BALANCE | TX EE Medicare Tax | | 14.30 | 244.96 |
| Vacation | 80.00000 Hours | | 0.00000 Hours | 80.00000 Hours | State PA | | | |
| Personal Day | 8.00000 Hours | | 0.00000 Hours | 8.00000 Hours | TX Withholding Tax | | 30.29 | 518.66 |
| | | | | | TX EE Unemployment Tax | | 0.62 | 10.45 |
| CHECK / TRANSFER INFORMATION | | | | | City | | | |
| | Bank Number | Payment Method | | Amount | TX Withholding Tax | | 9.87 | 168.95 |
| | | Direct | | 698.24 | City | | | |
| | | | | | TX Local Services Tax | | 0.98 | 16.66 |
| | | | | | Total Taxes | | 229.61 | 3,917.06 |
| | | | | | Payment | | 698.24 | 11,998.09 |
| | | | | | WITHOLDING INFO W4/W5 | | | |
| | | | | | Tax Auth | Filing Status | Allowances | Add'l Amt |
| | | | | | Federal | Single | 00 | YTD 0.00 |
| | | | | | State | Single | 00 | 0.00 |

NUCOR

Skyline Steel LLC
300 Technology Center Way #450
Rock Hill SC  29730

JAMES FIELDS
215 CAMBRIA AVE
BENSALEM PA  19020

| EMP NO | NAME | | SSN | WEEK BEG | WEEK ENDING | CHECK DATE | ORGANIZATIONAL UNIT | |
|---|---|---|---|---|---|---|---|---|
| 00044623 | JAMES FIELDS | | XXX-XX-4473 | 04/05/2020 | 04/11/2020 | 04/16/2020 | Morrisville | |
| EARNINGS | HOURS | RATE | CURRENT | YTD | DEDUCTIONS | | CURRENT | YTD |
| Bonus- Supplemental Tax | | | | 100.00 | LTD Plan A | | 7.53 | 101.00 |
| Holiday Pay | 8.00 | 22.56 | 180.48 | 902.40 | PRETAX DEDUCTIONS | | CURRENT | YTD |
| Overtime | | | | 445.56 | Medical/Dental | | 23.25 | 325.50 |
| Regular Earnings1 | 39.00 | 11.28 | 439.92 | 7,467.36 | Vision | | 1.24 | 17.36 |
| Prod. Bonus Hours1 | 39.00 | 11.28 | 439.92 | 7,467.36 | Retirement Savings | | 53.02 | 819.12 |
| Prod. Bonus1 % | 100.00 | | | | Health Care Spn | | 16.40 | 262.40 |
| Total Earnings | | | 1,060.32 | 16,382.68 | NuYou Credit | | | 130.00- |
| Total Hours worked | 39.00 | | | | Total Deductions | | 101.44 | 1,395.38 |
| NON-CASH EARNINGS | | | CURRENT | YTD | TAX DEDUCTIONS | | CURRENT | YTD |
| Retirement Savings ER | | | 5.83 | 100.89 | Federal | | | |
| W2 EARNINGS | | | CURRENT | YTD | TX Withholding Tax | | 117.40 | 1,797.57 |
| W2 Earnings | | | 966.41 | 15,088.30 | TX EE Social Security Tax | | 63.20 | 986.26 |
| ABSENCE QUOTAS | ELIGIBLE | | TAKEN | BALANCE | TX EE Medicare Tax | | 14.78 | 230.66 |
| Vacation | 80.00000 Hours | | 0.00000 Hours | 80.00000 Hours | State PA | | | |
| Personal Day | 8.00000 Hours | | 0.00000 Hours | 8.00000 Hours | TX Withholding Tax | | 31.30 | 488.37 |
| | | | | | TX EE Unemployment Tax | | 0.64 | 9.83 |
| CHECK / TRANSFER INFORMATION | | | | | City | | | |
| | Bank Number | Payment Method | | Amount | TX Withholding Tax | | 10.19 | 159.08 |
| | | Direct | | 720.39 | City | | | |
| | | | | | TX Local Services Tax | | 0.98 | 15.68 |
| | | | | | Total Taxes | | 238.49 | 3,687.45 |
| | | | | | Payment | | 720.39 | 11,299.85 |
| | | | | | WITHOLDING INFO W4/W5 | | | |
| | | | | | Tax Auth | Filing Status | Allowances | Add'l Amt |
| | | | | | Federal | Single | 00 | 0.00 |
| | | | | | State | Single | 00 | 0.00 |

NUCOR

Skyline Steel LLC
300 Technology Center Way #450
Rock Hill SC  29730

JAMES FIELDS
215 CAMBRIA AVE
BENSALEM PA  19020

| EMP NO | NAME | | SSN | WORK BEGIN | WEEK END | CHECK DATE | ORGANIZATIONAL UNIT | |
|---|---|---|---|---|---|---|---|---|
| 00044623 | JAMES FIELDS | | XXX-XX-4473 | 03/29/2020 | 04/04/2020 | 04/09/2020 | Morrisville | |
| EARNINGS | HOURS | RATE | CURRENT | YTD | DEDUCTIONS | | CURRENT | YTD |
| Bonus- Supplemental Tax | | | | 100.00 | LTD Plan A | | 6.40 | 93.47 |
| Holiday Pay | | | | 721.92 | PRETAX DEDUCTIONS | | CURRENT | YTD |
| Overtime | | | | 445.56 | Medical/Dental | | 23.25 | 302.25 |
| Regular Earnings1 | 40.00 | 11.28 | 451.20 | 7,027.44 | Vision | | 1.24 | 16.12 |
| Prod. Bonus Hours1 | 40.00 | 11.28 | 451.20 | 7,027.44 | Retirement Savings | | 45.12 | 766.10 |
| Prod. Bonus1 % | 100.00 | | | | Health Care Spn | | 16.40 | 246.00 |
| Total Earnings | | | 902.40 | 15,322.36 | NuYou Credit | | 10.00- | 130.00- |
| Total Hours worked | 40.00 | | | | Total Deductions | | 82.41 | 1,293.94 |
| NON-CASH EARNINGS | | | CURRENT | YTD | TAX DEDUCTIONS | | CURRENT | YTD |
| Retirement Savings ER | | | 4.96 | 95.06 | Federal | | | |
| W2 EARNINGS | | | CURRENT | YTD | TX Withholding Tax | | 86.84 | 1,680.17 |
| W2 Earnings | | | 826.39 | 14,121.89 | TX EE Social Security Tax | | 54.04 | 923.06 |
| ABSENCE QUOTAS | ELIGIBLE | | TAKEN | BALANCE | TX EE Medicare Tax | | 12.64 | 215.88 |
| Vacation | 80.00000 Hours | | 0.00000 Hours | 80.00000 Hours | State PA | | | |
| Personal Day | 8.00000 Hours | | 0.00000 Hours | 8.00000 Hours | TX Withholding Tax | | 26.76 | 457.07 |
| EARNINGS | | | | | TX EE Unemployment Tax | | 0.54 | YTD 9.19 |
| CHECK / TRANSFER INFORMATION | | | | | City | | | |
| | Bank Number | Payment Method | | Amount | TX Withholding Tax | | 8.72 | 148.89 |
| | | Direct | | 629.47 | City | | | |
| | | | | | TX Local Services Tax | | 0.98 | 14.70 |
| | | | | | Total Taxes | | 190.52 | 3,448.96 |
| | | | | | Payment | | 629.47 | 10,579.46 |
| | | | | | WITHOLDING INFO W4/W5 | | | |
| | | | | | Tax Auth | Filing Status | Allowances | Add'l Amt |
| | | | | | Federal | Single | 00 | 0.00 |
| | | | | | State | Single | 00 | 0.00 |

NUCOR

Skyline Steel LLC
300 Technology Center Way #450
Rock Hill SC  29730

JAMES FIELDS
215 CAMBRIA AVE
BENSALEM PA  19020