| EMP NO | NAME | SSN | WEEK BEGIN | WEEK ENDING | CHECK DATE | ORGANIZATIONAL UNIT |
|---|---|---|---|---|---|---|
| 00044623 | JAMES FIELDS | XXX-XX-4428 | 05/24/2020 | 05/30/2020 | 06/04/2020 | Morrisville |

| EARNINGS | HOURS | RATE | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| Bonus- Supplemental Tax | | | | 225.00 | LTD Plan A | 7.05 | 151.04 |
| Holiday Pay | 8.00 | 22.56 | 180.48 | 1,082.88 | PRETAX DEDUCTIONS | CURRENT | YTD |
| Overtime | | | | 617.58 | Medical/Dental | 23.25 | 488.25 |
| Personal Day | 8.00 | 22.56 | 180.48 | 180.48 | Vision | 1.24 | 26.04 |
| Regular Earnings1 | 28.00 | 11.28 | 315.84 | 10,662.42 | Retirement Savings | 49.63 | 1,171.52 |
| Prod. Bonus Hours1 | 28.00 | 11.28 | 315.84 | 10,662.42 | Health Care Spn | 16.40 | 377.20 |
| Prod. Bonus1 % | 100.00 | | | | NuYou Credit | | 130.00- |
| Total Earnings | | | 992.64 | 23,430.78 | Total Deductions | 97.57 | 2,084.05 |
| Total Hours worked | 28.00 | | | | TAX DEDUCTIONS | CURRENT | YTD |
| NON-CASH EARNINGS | | | CURRENT | YTD | Federal | | |
| Retirement Savings ER | | | 5.46 | 139.65 | TX Withholding Tax | 103.26 | 2,544.31 |
| W2 EARNINGS | | | CURRENT | YTD | TX EE Social Security Tax | 59.01 | 1,405.50 |
| W2 Earnings | | | 902.12 | 21,497.77 | TX EE Medicare Tax | 13.80 | 328.70 |
| ABSENCE QUOTAS | ELIGIBLE | | TAKEN | BALANCE | State PA | | |
| Vacation | 80.00000 Hours | | 0.00000 Hours | 80.00000 Hours | TX Withholding Tax | 29.22 | 695.97 |
| | | | | | TX EE Unemployment Tax | 0.60 | 14.06 |
| CHECK / TRANSFER INFORMATION | | | | | City | | |
| | | | | | TX Withholding Tax | 9.52 | 226.71 |
| Bank Number | Payment Method | | Amount | | City | | |
| 236084285 | Direct | | 678.68 | | TX Local Services Tax | 0.98 | 22.54 |
| | | | | | Total Taxes | 216.39 | 5,237.79 |
| | | | | | Payment | 678.68 | 16,108.94 |

WITHHOLDING INFO W4/W5

| Tax Auth | Filing Status | Allowances | Add'l Amt |
|---|---|---|---|
| Federal | Single | 00 | 0.00 |
| State | Single | 00 | 0.00 |

N U C O R

Skyline Steel LLC
300 Technology Center Way #450
Rock Hill SC  29730

JAMES FIELDS
215 CAMBRIA AVE
BENSALEM PA  19020