| EMP NO | NAME | SSN | WEEK BEGIN | WEEK ENDING | CHECK DATE | ORGANIZATIONAL UNIT |
|---|---|---|---|---|---|---|
| 00044623 | JAMES FIELDS | XXX-XX-4420 | 06/28/2020 | 07/04/2020 | 07/09/2020 | Morrisville |

| EARNINGS | HOURS | RATE | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|
| Bonus- Supplemental Tax | | | | 225.00 | LTD Plan A | 6.40 | 185.47 |
| Holiday Pay | 8.00 | 22.56 | 180.48 | 1,263.36 | PRETAX DEDUCTIONS | CURRENT | YTD |
| Overtime | | | | 730.38 | Medical/Dental | 23.25 | 604.50 |
| Personal Day | | | | 180.48 | Vision | 1.24 | 32.24 |
| Regular Earnings1 | 32.00 | 11.28 | 360.96 | 12,940.98 | Retirement Savings | 45.12 | 1,414.04 |
| Prod. Bonus Hours1 | 32.00 | 11.28 | 360.96 | 12,940.98 | Health Care Spn | | 426.40 |
| Prod. Bonus1 % | 100.00 | | | | NuYou Credit | | 130.00- |
| Total Earnings | | | 902.40 | 28,281.18 | Total Deductions | 76.01 | 2,532.65 |
| Total Hours worked | 32.00 | | | | TAX DEDUCTIONS | CURRENT | YTD |
| NON-CASH EARNINGS | | | CURRENT | YTD | Federal | | |
| Retirement Savings ER | | | 4.96 | 166.33 | TX Withholding Tax | 88.01 | 3,045.49 |
| W2 EARNINGS | | | CURRENT | YTD | TX EE Social Security Tax | 54.43 | 1,695.58 |
| W2 Earnings | | | 832.79 | 25,934.00 | TX EE Medicare Tax | 12.73 | 396.55 |
| ABSENCE QUOTAS | ELIGIBLE | | TAKEN | BALANCE | State PA | | |
| Vacation | 80.00000 Hours | | 0.00000 Hours | 80.00000 Hours | TX Withholding Tax | 26.95 | 839.61 |
| | | | | | TX EE Unemployment Tax | 0.54 | 16.97 |
| CHECK / TRANSFER INFORMATION | | | | | City | | |
| | | | | | TX Withholding Tax | 8.78 | 273.50 |
| Bank Number | Payment Method | | Amount | | City | | |
| 236084285 | Direct | | 633.97 | | TX Local Services Tax | 0.98 | 27.44 |
| | | | | | Total Taxes | 192.42 | 6,295.14 |
| | | | | | Payment | 633.97 | 19,453.39 |

WITHOLDING INFO W4/W5

| Tax Auth | Filing Status | Allowances | Add'l Amt |
|---|---|---|---|
| Federal | Single | 00 | 0.00 |
| State | Single | 00 | 0.00 |

N U C O R

Skyline Steel LLC
300 Technology Center Way #450
Rock Hill SC  29730

JAMES FIELDS
215 CAMBRIA AVE
BENSALEM PA  19020