UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>   James P Fields<br><br><br><br>   Debtor | Chapter 13<br>Bankruptcy No.20-12849-AMC |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 30th day of October, 2020, by first class mail upon

those listed below:

James P Fields
215 Cambria Avenue
Bensalem, PA  19020

**Electronically via CM/ECF System Only:**

PAUL H YOUNG, ESQ
YOUNG MARR & ASSOCIATES
3554 HULMEVILLE ROAD STE 102
BENSALEM, PA  19020-4366


/s/ Deborah A. Earnshaw
_____
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee