Office Mailing Address:

Scott F. Waterman, Trustee

2901 St. Lawrence Avenue, Suite 100

Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee

P.O. Box 680

Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 20-12849-AMC

James P Fields

215 Cambria Avenue

Bensalem  PA    19020

Petition Filed Date: 06/30/2020

341 Hearing Date: 08/28/2020

Confirmation Date: 04/14/2021

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/10/2020 | $150.00 | | 08/28/2020 | $150.00 | | 10/01/2020 | $150.00 | |
| 11/02/2020 | $150.00 | | 12/02/2020 | $150.00 | | 01/04/2021 | $150.00 | |
| 02/01/2021 | $150.00 | | 03/03/2021 | $150.00 | | 03/31/2021 | $150.00 | |
| 05/03/2021 | $150.00 | | 06/01/2021 | $150.00 | | | | |

**Total Receipts for the Period:  $1,650.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $1,650.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $3,000.00 | $1,381.50 | $1,618.50 |
| 1 | FIRST NATIONAL BANK OMAHA »» 001 | Unsecured Creditors | $4,160.60 | $0.00 | $4,160.60 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $6,224.62 | $0.00 | $6,224.62 |
| 3 | BANK OF AMERICA NA »» 003 | Unsecured Creditors | $3,386.15 | $0.00 | $3,386.15 |
| 4 | BANK OF AMERICA NA »» 004 | Unsecured Creditors | $6,588.64 | $0.00 | $6,588.64 |
| 5 | WELLS FARGO BANK NEVADA NA »» 005 | Unsecured Creditors | $14,223.51 | $0.00 | $14,223.51 |
| 6 | FLAGSTAR BANK »» 006 | Mortgage Arrears | $164.75 | $0.00 | $164.75 |
| 7 | AMERICREDIT FINANCIAL SERVICES »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ACAR LEASING LTE  DBA »» 008 | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 9 | BANK OF AMERICA NA »» 009 | Unsecured Creditors | $4,603.37 | $0.00 | $4,603.37 |
| 10 | CITIBANK NA »» 010 | Unsecured Creditors | $3,391.04 | $0.00 | $3,391.04 |

**Chapter 13 Case No. 20-12849-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,650.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $1,381.50 | Arrearages: | $0.00 |
| Paid to Trustee: | $133.50 | Total Plan Base: | $5,400.00 |
| Funds on Hand: | $135.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.