| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-12849-AMC

James P Fields
215 Cambria Avenue
Bensalem  PA    19020

Petition Filed Date: 06/30/2020
341 Hearing Date: 08/28/2020
Confirmation Date: 04/14/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $150.00 | | 06/01/2021 | $150.00 | | 07/01/2021 | $150.00 | |
| 08/02/2021 | $150.00 | 8/2/2021 | 08/31/2021 | $150.00 | | 10/01/2021 | $150.00 | |
| 11/01/2021 | $150.00 | | 12/02/2021 | $150.00 | | 01/03/2022 | $150.00 | |
| 01/31/2022 | $150.00 | | 03/03/2022 | $150.00 | | 03/31/2022 | $150.00 | |
| 05/02/2022 | $150.00 | | 06/01/2022 | $150.00 | | 07/01/2022 | $150.00 | |
| 08/01/2022 | $150.00 | | | | | | | |

**Total Receipts for the Period: $2,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $4,160.60 | $0.00 | $4,160.60 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $6,224.62 | $19.99 | $6,204.63 |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $3,386.15 | $0.00 | $3,386.15 |
| 4 | BANK OF AMERICA NA<br>»» 004 | Unsecured Creditors | $6,588.64 | $21.16 | $6,567.48 |
| 5 | WELLS FARGO BANK NEVADA NA<br>»» 005 | Unsecured Creditors | $14,223.51 | $45.68 | $14,177.83 |
| 6 | FLAGSTAR BANK<br>»» 006 | Mortgage Arrears | $164.75 | $164.75 | $0.00 |
| 7 | AMERICREDIT FINANCIAL SERVICES<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ACAR LEASING LTE  DBA<br>»» 008 | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 9 | BANK OF AMERICA NA<br>»» 009 | Unsecured Creditors | $4,603.37 | $0.00 | $4,603.37 |
| 10 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $3,391.04 | $0.00 | $3,391.04 |

**Chapter 13 Case No. 20-12849-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,750.00 | Current Monthly Payment: | $150.00 |
| Paid to Claims: | $3,251.58 | Arrearages: | $0.00 |
| Paid to Trustee: | $310.50 | Total Plan Base: | $5,400.00 |
| Funds on Hand: | $187.92 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.