Certificate Number: 03621-PAE-DE-034742229

Bankruptcy Case Number: 20-12849



03621-PAE-DE-034742229

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 5, 2020</u>, at <u>1:28</u> o'clock <u>PM EDT</u>, <u>James P Fields</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 5, 2020</u>           By:    <u>/s/Jamie Thomas</u>

                                       Name:  <u>Jamie Thomas</u>

                                       Title: <u>Credi Counselor</u>