Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-12849-AMC**

James P Fields  
215 Cambria Avenue  
Bensalem  PA    19020

Petition Filed Date: 06/30/2020  
341 Hearing Date: 08/28/2020  
Confirmation Date: 04/14/2021

Case Status: Completed on 7/ 5/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2022 | $150.00 | | 08/31/2022 | $150.00 | | 10/03/2022 | $150.00 | |
| 10/31/2022 | $150.00 | | 12/02/2022 | $150.00 | | 01/04/2023 | $150.00 | |
| 01/31/2023 | $150.00 | | 03/03/2023 | $150.00 | | 03/31/2023 | $150.00 | |
| 05/01/2023 | $150.00 | | 06/01/2023 | $150.00 | | 07/05/2023 | $150.00 | |

**Total Receipts for the Period: $1,800.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OMAHA »» 001 | Unsecured Creditors | $4,160.60 | $174.75 | $3,985.85 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $6,224.62 | $261.42 | $5,963.20 |
| 3 | BANK OF AMERICA NA »» 003 | Unsecured Creditors | $3,386.15 | $142.24 | $3,243.91 |
| 4 | BANK OF AMERICA NA »» 004 | Unsecured Creditors | $6,588.64 | $276.72 | $6,311.92 |
| 5 | WELLS FARGO BANK NEVADA NA »» 005 | Unsecured Creditors | $14,223.51 | $597.42 | $13,626.09 |
| 6 | FLAGSTAR BANK »» 006 | Mortgage Arrears | $164.75 | $164.75 | $0.00 |
| 7 | AMERICREDIT FINANCIAL SERVICES »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | ACAR LEASING LTD  DBA »» 008 | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 9 | BANK OF AMERICA NA »» 009 | Unsecured Creditors | $4,603.37 | $193.34 | $4,410.03 |
| 10 | CITIBANK NA »» 010 | Unsecured Creditors | $3,391.04 | $142.41 | $3,248.63 |

**Chapter 13 Case No. 20-12849-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $5,400.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $4,953.05 | Arrearages: | $0.00 |
| Paid to Trustee: | $446.95 | Total Plan Base: | $5,400.00 |
| Funds on Hand: | $0.00 |  |  |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.