United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-12849-amc

James P Fields     Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Sep 08, 2023     Form ID: 138OBJ     Total Noticed: 22

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | James P Fields, 215 Cambria Avenue, Bensalem, PA 19020-7329 |
| 14527040 | + | ACAR Leasing LTD, d/b/a GM Financial Leasing, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14520248 | + | LAKEVIEW LOAN SERVICING, LLC, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14516157 | | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14516158 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 08 2023 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 08 2023 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14523552 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 08 2023 23:47:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 14522248 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 08 2023 23:47:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14516151 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 08 2023 23:47:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14519931 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 08 2023 23:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14519479 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 08 2023 23:51:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14516152 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 08 2023 23:51:42 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14533744 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2023 00:02:06 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14517282 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 08 2023 23:47:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3129, Omaha, Nebraska 68197 |
| 14516154 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 08 2023 23:47:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 14516153 | + | Email/Text: cashiering-administrationservices@flagstar.com | Sep 08 2023 23:47:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14516155 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 08, 2023 | Form ID: 138OBJ | Total Noticed: 22 |

| | | | Sep 08 2023 23:47:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
|---|---|---|---|---|
| 14519894 | ^ | MEBN | Sep 08 2023 23:45:42 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14525651 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Sep 08 2023 23:47:00 | Lakeview Loan Servicing, LLC, Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14516156 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2023 00:02:23 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14525318 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 09 2023 00:02:06 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14526376 | *+ | ACAR Leasing LTD dba GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2023              Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor James P Fields support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: James P Fields

       Debtor(s)

Case No: 20−12849−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/8/23