U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JAMES P. FIELDS : CHAPTER 13
: Debtor
: BANKRUPTCY NO. 20-12849

## NOTICE OF CHANGE TO DEBTOR'S ADDRESS

TO THE CLERK:

Kindly amend the debtor's **mailing** address to the following:

**205 Ridge Lane**
**Ashland PA  17921**

/s/ Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Rd., Ste. 102
Bensalem, PA 19020

Date: September 19, 2023