# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: James P. Fields**<br>　　　　　　　　　Debtor(s)<br><br>**LAKEVIEW LOAN SERVICING, LLC**<br>　　　　　　　　　Movant<br>　　vs.<br><br>**James P. Fields**<br>　　　　　　　　　Debtor(s)<br><br>**Scott F. Waterman**,<br>　　　　　　　　　Trustee | **BK NO. 20-12849 AMC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 6** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
James P. Fields
215 Cambria Avenue
Bensalem, PA 19020

Attorney for Debtor(s)
Paul H. Young,, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: November 9, 2022

　　　　　　　　　　　　　　　　　　　　**/s/ Michael P. Farrington**
　　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com